DG/SR
F. #2016R01231

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | LIMITED UNSEALING ORDER |
| - against - | |
| STELLA BOYADJIAN, et al. | Cr. No. 18-57 (MKB) |
| Defendants. | |

- - - — - - - - - - - - X

Application having been made on behalf of the UNITED STATES OF AMERICA, by Assistant United States Attorney David Gopstein and DOJ Trial Attorney Sasha N. Rutizer, for an Order authorizing the government to disclose the applications, affidavits, warrants and orders that are detailed below to defense counsel in the above-captioned matter, and full consideration having been given to the matters set forth therein,

IT IS HEREBY ORDERED that the government may disclose the applications, affidavits, warrants and orders detailed below to defense counsel in the above-captioned matter:

| Date of Authorization/Order | Authorizing Judge | Docket Number | Type of Application/Order |
|---|---|---|---|
| August 12, 2016 | Hon. Peggy Kuo, United States Magistrate Judge | 16-MISC-2057 | Application and Order pursuant to 18 U.S.C. § 2703(d) for information from Facebook, Inc. |
| August 12, 2016 | Hon. Peggy Kuo, | 16-MISC-2058 | Application and Order pursuant to 18 U.S.C. § |

| | United States Magistrate Judge | | 2703(d) for information from Wix.com Ltd. |
|---|---|---|---|
| August 12, 2016 | Hon. Peggy Kuo, United States Magistrate Judge | 16-MISC-2059 | Application and Order pursuant to 18 U.S.C. § 2703(d) for information from Microsoft Corporation. |
| August 12, 2016 | Hon. Peggy Kuo, United States Magistrate Judge | 16-MISC-2060 | Application and Order pursuant to 18 U.S.C. § 2703(d) for information from Yahoo! Inc. |
| August 12, 2016 | Hon. Peggy Kuo, United States Magistrate Judge | 16-MISC-2061 | Application and Order pursuant to 18 U.S.C. § 2703(d) for information from Network Solutions, LLC. |
| August 12, 2016 | Hon. Peggy Kuo, United States Magistrate Judge | 16-MISC-2062 | Application and Order pursuant to 18 U.S.C. § 2703(d) for information from Skype Communications Sarl. |
| January 6, 2017 | Hon. Peggy Kuo, United States Magistrate Judge | 17-M-0020 | Search Warrant for information associated with Yahoo! Account Stellayboyadjian@yahoo.com, and Affidavit in Support. |
| January 6, 2017 | Hon. Peggy Kuo, United States Magistrate Judge | 17-M-0021 | Search Warrant for information associated with MSN Account Erebuniyerevan@msn.com, and Affidavit in support. |
| January 6, 2017 | Hon. Peggy Kuo, United States Magistrate Judge | 17-M-0022 | Search Warrant for information associated with Facebook User IDs 100000941717278 and106031972836171, and Facebook Username "Bigapplemusicaards2014," |

|  |  |  | and Affidavit in support. |
|---|---|---|---|
| January 31, 2018 | Hon. Marilyn D. Go, United States Magistrate Judge | 18-MJ-89 | Search Warrant for premises located at 64-00 Saunders Street, Apartment 2D, Rego Park, NY, 11374, and Affidavit in support. |

IT IS FURTHER ORDERED that the original applications, affidavits, warrants and orders that are detailed above shall remain sealed, and no further disclosure of any of such applications, affidavits, warrants and orders shall be made by any person without authorization of a judge of competent jurisdiction.

Dated:     Brooklyn, New York
           March 12, 2018

                                        s/Steven M. Gold
                                    THE HONORABLE STEVEN M. GOLD
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK